UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTINEZ OCAMPO | Case No.:  25-cv-03120-JO-VET |
| Petitioner, | |
| v. | **ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS** |
| CHRISTOPHER J. LAROSE, et al., | |
| Respondents. | |

For the reasons stated on the record, the Court GRANTS the petition for writ of habeas corpus.  [Dkt. 1]  The Court ORDERS as follows:

1. Respondents SHALL release Petitioner from custody within 24 hours of the posting of the $6,500 bond and under the conditions set by the August 29, 2025 order of the Immigration Judge.  *See* Dkt. 6-6 ("IJ Bond Mem.") at 1. Respondents SHALL file a declaration attesting to Petitioner's release by the end of the next business day after Petitioner's release.

25-cv-03120-JO-VET

2. Respondents are ENJOINED from re-detaining Petitioner without first holding an individualized hearing before an immigration judge where the government bears the burden of proving a material change in circumstances rendering Petitioner a danger to the community or a flight risk that cannot reasonably be addressed by bond. All Writs Act, 28 U.S.C. § 1651. If the IJ determines that Petitioner should be re-detained, Respondents are ENJOINED from re-detaining Petitioner until 48 hours after filing a declaration attesting to full compliance with these obligations. *Id.*

**IT IS SO ORDERED**.

Dated:  November 21, 2025

_____

Honorable Jinsook Ohta
United States District Judge

25-cv-03120-JO-VET